# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

## Form 7. Mediation Questionnaire

*Instructions for this form:* https://www.ca9.uscourts.gov/forms/form07instructions.pdf

**9th Cir. Case Number(s)** 25-3936

**Case Name** Grand Canyon Wolf Recovery Project, et al. v. Burgum, et al.

**Counsel submitting this form** Kelly E. Nokes and Andrew M. Hawley

**Represented party/parties** Grand Canyon Wolf Recovery Project, et al.

*Briefly describe the dispute that gave rise to this lawsuit.*

Grand Canyon Wolf Recovery Project, New Mexico Wilderness Association, Western Watersheds Project, and WildEarth Guardians (collectively "Appellants") challenged the U.S. Fish and Wildlife Service's (Service's) 2022 Endangered Species Act (ESA) Section 10(j) management rule for the experimental population of Mexican wolves for failing to further the conservation needs of the species in violation of the ESA. Appellants also challenged the Service's National Environmental Policy Act (NEPA) analysis for the rule.

*Feedback or questions about this form? Email us at* forms@ca9.uscourts.gov

**Form 7** *Rev. 09/01/22*

*Briefly describe the result below and the main issues on appeal.*

The district rule ruled against Appellants on all issues, denying consolidated plaintiffs' motions for summary judgment and granting the Service's cross-motions for summary judgment in full.

The primary issues on appeal are (1) whether the district court erred in finding the Service's determination that the experimental population of Mexican wolves is "nonessential," as that term is defined by the statute and regulations, complies with the ESA and Administrative Procedure Act (APA); and (2) whether the district court erred in finding the rule furthers the conservation needs of the species in accordance with the ESA and APA.

*Describe any proceedings remaining below or any related proceedings in other tribunals.*

The case is closed below. There are no related proceedings in other tribunals.

**Signature** s/ Kelly E. Nokes  **Date** 06/27/2025

(use "s/[typed name]" *to sign electronically-filed documents*)

Feedback or questions about this form? Email us at forms@ca9.uscourts.gov

**Form 7**             *Rev. 09/01/22*

2